FILE COPY

RE: Case No. 25-0489          DATE: 6/9/2025
COA #: 15-24-00068-CV             TC#: 2230570
STYLE: NORMAN v. JANAK

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

ANTHONY  NORMAN
LEBLANC UNIT #01718789
3695 FM 3514
BEAUMONT, TX  77705

FILE COPY

RE: Case No. 25-0489                         DATE: 6/9/2025
COA #: 15-24-00068-CV                          TC#: 2230570

STYLE: NORMAN v. JANAK

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

JACOB  PONS
OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0489         DATE: 6/9/2025
COA #: 15-24-00068-CV         TC#: 2230570
STYLE: NORMAN v. JANAK

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

> DISTRICT CLERK  WALKER COUNTY
> WALKER COUNTY COURT
> 1100 UNIVERSITY AVE., SUITE 209
> HUNTSVILLE, TX  77340
> * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0489                                    DATE: 6/9/2025
COA #: 15-24-00068-CV                                  TC#: 2230570
STYLE: NORMAN v. JANAK

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *